UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DERRECK SUNDERLAND,

        Plaintiff,

  v.

WARDEN DAWSON et al,

        Defendant.

Case Number: CV07-05345 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derreck E. Sunderland C-84327
550-2-40U
P.O. Box 9
Avenal, CA 93204

Attorney General's Office
455 Golden Gate Avenue
Ste. 11000
San Francisco, CA 94102

Dated: February 12, 2008

                        Richard W. Wieking, Clerk
                        By: Barbara Espinoza, Deputy Clerk